```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13749
   DIANA E SMITH
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-0075


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/31/2007 and was not confirmed.

    The case was dismissed without confirmation 09/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE              UNSECURED          2234.85          .00           .00
CAPITAL ONE              UNSECURED          1132.34          .00           .00
MORTGAGE SERVICE CENTER  CURRENT MORTG          .00          .00           .00
MORTGAGE SERVICE CENTER  MORTGAGE ARRE          .00          .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED           816.13          .00           .00
CHASE                    UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING LLC      UNSECURED          1152.37          .00           .00
ROUNDUP FUNDING LLC      UNSECURED           959.25          .00           .00
NICOR GAS                UNSECURED         NOT FILED         .00           .00
CBUSA SEARS              UNSECURED         NOT FILED         .00           .00
NATIONAL CITY BANK ~     SECURED NOT I         .00          .00           .00
AMERICAN EXPRESS CENTURI UNSECURED          3296.86          .00           .00
RESURGENT CAPITAL SERVIC UNSECURED          1889.38          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                   --------------       --------------
TOTALS                   .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13749 DIANA E SMITH
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 13749 DIANA E SMITH